1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   JOHN T. BROOKS, Cal. Bar No. 167793
3  jbrooks@sheppardmullin.com
   501 W. Broadway, 19th Floor
4  San Diego, California  92101          NOTE: CHANGES MADE BY THE COURT
   Telephone:  619.338.6500
5  Facsimile:  619.234.3815

6  SUZANNE Y. BADAWI, Cal. Bar No. 194692
     sbadawi@sheppardmullin.com
7  333 South Hope Street, 43rd Floor
   Los Angeles, California  90071-1422
8  Telephone:  213.620.1780
   Facsimile:  213.620.1398
9
   Attorneys for Defendant
10 Government Employees Insurance
   Company ("GEICO"), erroneously sued as
11 "GEICO General Insurance Company"

12              **UNITED STATES DISTRICT COURT**

13      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

14

| | |
|---|---|
| MAX CHUNG LIN, individually and LILIANA M. LANZA, individually, | Case No. 2:16-cv-06556-RGK-JPR |
| Plaintiffs, | Hon. R. Gary Klausner<br>Courtroom:  850 (Roybal) |
| v. | **JUDGMENT** |
| GEICO GENERAL INSURANCE COMPANY, DOES 1 through 100, inclusive, | |
| Defendants. | (Complaint Filed: August 2, 2016) |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:16-cv-06556-RGK-JPR

SMRH:482998378.1          [PROPOSED] JUDGMENT RE DEFENDANT GEICO'S MOTION FOR SUMMARY JUDGMENT,
                          OR ALT., MOTION FOR PARTIAL SUMMARY JUDGMENT

1    It appearing from the files and records of this action that, on June 19, 2017,

2    the Motion For Summary Judgment or, Alternatively, Motion for Partial Summary

3    Judgment by Defendant Government Employees Insurance Company's ("GEICO")

4    (erroneously sued as "GEICO General Insurance Company") regarding the

5    Complaint of Plaintiffs Max Chung Lin and Liliana Lanza (collectively "Plaintiffs")

6    was granted and good cause having been shown;

7        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

8        1.    Plaintiffs take nothing by way of their Complaint with respect to

9    Defendant GEICO, and a judgment be entered in favor of Defendant GEICO and

10   against Plaintiffs Max Chung Lin and Liliana Lanza on the Complaint.

11

12   Dated:  June 27, 2017

13

14   By:    _Gary Klausner_

15           HON. R. GARY KLAUSNER

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:482998378.1